IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY AUSTIN GANT,

    Plaintiff,                      No. CIV S-09-3549 EFB P

    vs.

SHASTA COUNTY DEPARTMENT
OF SOCIAL SERVICES, et al.,

    Defendants.              <u>ORDER</u>
                                    /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has submitted a certified trust fund account statement is support of his application for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(2).  However, he has not submitted the affidavit required by 28 U.S.C. § 1915(a)(1).  Accordingly, plaintiff has 30 days from the date this order is served to submit the required affidavit.   The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed *in forma pauperis*.  Failure to comply with this order will result in a recommendation that this action be dismissed.

      So ordered.

Dated: January 5, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE