IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY AUSTIN GANT,

    Plaintiff,                      No. CIV S-09-3549 EFB P

    vs.

SHASTA COUNTY DEPARTMENT
OF SOCIAL SERVICES, et al.,

    Defendants.               ORDER
_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

    Plaintiff has submitted a certified trust fund account statement is support of his application for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(2). However, he has not submitted the affidavit required by 28 U.S.C. § 1915(a)(1). The court previously granted plaintiff 30 days to submit the required affidavit, but plaintiff did not respond to that order. Dckt. No. 4. The court will give plaintiff one final opportunity to submit the required affidavit.

////

Accordingly, plaintiff has 30 days from the date this order is served to submit the required affidavit. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with this order will result in dismissal.

So ordered.

Dated: February 12, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE