IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY AUSTIN GANT,

      Plaintiff,                     No. CIV S-09-3549 EFB P

    vs.

SHASTA COUNTY DEPARTMENT
OF SOCIAL SERVICES, et. al.,

      Defendants.             <u>ORDER</u>

                               /

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On three separate occasions, the court has ordered plaintiff to submit the affidavit required by 28 U.S.C. § 1915(a)(1), in support of his *in forma pauperis* application. Dckt. No. 4, 6, 9. Most recently, on March 2, 2010, the court gave plaintiff one final opportunity to submit a *completed* affidavit, and specifically reminded plaintiff that it is not sufficient to merely sign the affidavit, and that he must also respond to the questions asked therein. Dckt. No. 9. The court warned plaintiff that failure to do so would result in dismissal. *Id.*

////

1

| | |
|---|---|
| 1 | On March 10, 2010, plaintiff submitted an affidavit in support of his application to proceed *in forma pauperis*. Dckt. No. 10. The affidavit, while signed by plaintiff, is incomplete, as plaintiff did not respond to the questions asked therein. As plaintiff has not paid the $350 filing fee required to commence a civil action or properly submitted an application to proceed *in forma pauperis*, this case must be dismissed. *See* 28 U.S.C. §§ 1914(a), 1915(a). |

On March 10, 2010, plaintiff submitted an affidavit in support of his application to proceed *in forma pauperis*. Dckt. No. 10. The affidavit, while signed by plaintiff, is incomplete, as plaintiff did not respond to the questions asked therein. As plaintiff has not paid the $350 filing fee required to commence a civil action or properly submitted an application to proceed *in forma pauperis*, this case must be dismissed. *See* 28 U.S.C. §§ 1914(a), 1915(a).

It therefore is ORDERED that this action is dismissed without prejudice.

Dated: March 18, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE